Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS and DESMOND, JJ. RIPPEY, CONWAY and THACHER, JJ., dissent on the ground that the question submitted to arbitration was the obligation of the employer to continue Cody as a truck driver and that it did not embrace the question whether Cody should be continued in employment in any capacity compatible with his physical condition, whereby he might earn at least a union helper's rate of pay.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HARRY M. KOHN, Appellant.

Argued February 24, 1944; decided April 6, 1944.

*Sydney J. Schwartz* for appellant.

*Frank S. Hogan, District Attorney (Ferdinand J. Wolf* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.